NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BONAFIDE PROPERTIES, LLC, as
trustee only, under the 4405 W.
Humphrey St. Land Trust,

            Appellant,

v.

BAYVIEW LOAN SERVICING, LLC, a
Delaware limited liability company;
HUNTINGTON OF CARROLL WOOD
HOMEOWNERS ASSOCIATION, INC.;
ESTATE OF ALBERTA N. CHUMACK;
UNKNOWN HEIRS, BENEFICIARIES,
DEVISEES, ASSIGNEES, LIENORS,
CREDITORS, TRUSTEES, AND ALL
OTHERS WHO MAY CLAIM AN
INTEREST IN THE ESTATE OF
ALBERTA N. CHUMACK; UNKNOWN
TENANT #1; UNKNOWN TENANT #2,

            Appellees.

_____

Case No. 2D17-4240

Opinion filed January 16, 2019.

Appeal from the Circuit Court for
Hillsborough County; Cheryl K. Thomas,
Judge.

Lee Segal of Florida Foreclosure & Credit
Defense Firm, P.L., Clearwater, for
Appellant.

David Tracy Thornhill, Jr., Todd Schwartz,

and Todd Drosky of Frenkel, Lambert, Weiss, Weisman & Gordon, LLP, Fort Lauderdale, for Appellee Bayview Loan Servicing, LLC, a Delaware limited liability company.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and BADALAMENTI, JJ., Concur.